UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE LITIGATION

PHILLIP RUGGIERO and JENNIFER RUGGIERO,
                                  Plaintiffs,

                - against -

THE CITY OF NEW YORK and AMEC CONSTRUCTION
MANAGEMENT, INC., et al.
                                Defendants.
------------------------------------------------------X

INDEX NO.

AFFIDAVIT OF SERVICE
OF SUMMONS AND
VERIFIED COMPLAINT

STATE OF NEW YORK, COUNTY OF NEW YORK) SS.:

    The undersigned, being duly sworn, deposes and says:

    Deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271.

    That on _2/7/08_____, 2008, at _12-70_ A.M./(P.M.), at _100-Church. ST NY___ _Kenneth Graham_____, deponent served the within SUMMONS AND VERIFIED COMPLAINT on: _Ms. Gamon-Mender - CT of NY___

____ Individual    By delivering a true copy of each to said defendant personally. Deponent knew the person so served to be the person described as said defendant therein.

_X_ Corporation    A _Municipal_____ corporation, by delivering thereat a true copy of each to _Ms. Mender_____ personally. Deponent knew said corporation so served to be the corporation in said SUMMONS AND VERIFIED COMPLAINT as said defendant and knew said individual to be the _____ thereof.

____ Suitable Age
Person    By delivering thereat a true copy of each to _____, a person of suitable age and discretion. Said premises is defendant's - actual place of business - dwelling place - usual place of abode within the state.

____ Affixing to
Door, etc.    By affixing a true copy of each to the door of said premises, which is defendant's actual place of business - dwelling place - usual place of abode - within the state. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereafter, having called there _____.

____ Mailing to
Residence    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

____ Mailing to
Business    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

| | | | | | |
|---|---|---|---|---|---|
| ___ Male | ___ White Skin | _X_ Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 Lbs. |
| _X_ Female | _X_ Black Skin | ___ Brown Hair | ___ Balding | _X_ 21-35 Yrs. | ___ 5'0"-5'3" | _X_ 100-130 Lbs. |
| | ___ Yellow Skin | ___ Blond Hair | ___ Mustache | ___ 36-50 Yrs. | _X_ 5'4"-5'8" | ___ 131-160 Lbs. |
| | ___ Brown Skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 Lbs. |
| | ___ Red Skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 Lbs. |

Other Identifying features: _____

USE IN NYC CIVIL
COURT - MILITARY
SERVICE    The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summons(es) and the additional legend was printed in not than 12 point bold upper case on the summons(es) pursuant to 22 NYCRR Section 208.6(d) and (f). I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above named. Upon information and belief, I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

SWORN TO BEFORE ME THIS
_8th_ DAY OF _February_, 2008.

_Dylene Schifando_
Notary Public

DYLENE SCHIFANDO
Commissioner of Deeds
No. 5-1402
Certificate Filed in New York County
Commission Expires June 10, _1/1/09_

KENNETH GRAHAM
LICENSE NO.: 0980098